No. 480. LUTZ v. BUCK. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John T. Gano* for petitioner. *Messrs. Nathan Burkan* and *Maurice J. O'Sullivan* for respondent.

No. 481. KORN v. BUCK; and

No. 482. SAME v. SAME. October 20, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John T. Gano* for petitioner. *Messrs. Nathan Burkan* and *Maurice J. O'Sullivan* for respondent. Reported below: 40 F. (2d) 501.

No. 496. IOWA STATE INS. CO. v. GODWIN ET AL. October 20, 1930. Petition for writ of certiorari to the St. Louis Court of Appeals of Missouri, denied. *Messrs. W. L. Cole* and *Samuel H. West* for petitioner. No appearance for respondents.

No. 443. DUNN v. OHIO. Appeal from the Supreme Court of Ohio. See same case, *ante,* p. 801.

No. 380. SPICER v. UNITED STATES;

No. 381. STEPHENS v. SAME; and

No. 382. WOTKYNS v. SAME. October 27, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Edward Hohfeld* and *Herbert W. Clark* for Spicer et al. *Mr. John L. McNab* for Stephens. *Messrs. Joseph E. Davies* and *Ernest C. Carman* for Wotkyns. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States. Reported below: 41 F. (2d) 440.